**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NORTH STAR INNOVATIONS INC., | § § | |
| Plaintiff, | § § | Case No. 16-cv-995-LPS-CJB |
| v. | § § | **JURY TRIAL DEMANDED** |
| TEXAS INSTRUMENTS INCORPORATED, | § § § § | |
| Defendant. | | |

## JOINT STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff North Star Innovations Inc. ("Plaintiff") and Defendant Texas Instruments Incorporated ("TI") jointly move for dismissal without prejudice of all claims asserted by and between Plaintiff and TI in this action.

Plaintiff and TI agree that all attorneys' fees, costs of court and expense shall be borne by the party incurring same.

Dated: June 13, 2017

FARNAN LLP

*/s/ Brian E. Farnan*_____
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason J. Rawnsley*_____
Jeffrey L. Moyer (Bar No. 3309)
Jason J. Rawnsley (Bar No. 5379)
Nicole K. Pedi (Bar No. 6236)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
rawnsley@rlf.com
pedi@rlf.com

*Attorneys for Defendant*

IT IS SO ORDERED THIS _____ day of June, 2017

_____
The Honorable Leonard P. Stark